UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. CARPENTER,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00050-CDB (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION<br><br>(Doc. 1) |

　　　　Plaintiff Michael Bruce Anthony McPherson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff alleges that Defendant B. Carpenter ("Defendant"), a correctional officer at High Desert State Prison, sexually harassed Plaintiff during an unclothed body search strip search on March 1, 2024, in violation of his right to be free from sexual misconduct under the Eighth Amendment. (*Id.* at 3, 8).

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. E.D. Cal. L.R. 120(f). In this case, Plaintiff's claims arose and the underlying events occurred at High Desert State Prison located in Susanville, California, which is in Lassen County. (Doc. 1). The named defendant is or was employed at High Desert State Prison in Lassen County. (*Id.*). Lassen County is located in the Sacramento Division of the Eastern District of California. *See* E.D. L.R. 120(d); 28 U.S.C. § 84(b). Therefore, the Court finds that the interests of justice will

be better served by transferring this case to the Sacramento Division of the Court.  *See* 28 U.S.C. § 1404(a).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **January 14, 2025**

UNITED STATES MAGISTRATE JUDGE

2